# Third District Court of Appeal

## State of Florida

Opinion filed November 15, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-494
Lower Tribunal No. 22-11903
_____

**Emma Gomez Torres,**
Appellant,

vs.

**Brickell Key One Condominium Association, Inc.,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

BLU Ocean Law Group, P.A., and Nashid Sabir, USA Law Group, LLC, and Smahane Naanaa, for appellant.

Robert C. Meyer, P.A., and Robert C. Meyer, for appellee.


Before EMAS, LINDSEY, and HENDON, JJ.

HENDON, J.

Affirmed. <u>Johnson v. Am. First Fed., Inc.</u>, 133 So. 3d 559, 560 (Fla. 1st DCA 2014) (discussing <u>Alexdex Corp. v. Nachon Enters., Inc.</u>, 641 So. 2d 858 (Fla. 1994)); <u>Mitchell v. Beach Club of Hallandale Condo. Ass'n</u>, 17 So. 3d 1265, 1266–67 (Fla. 4th DCA 2009); <u>Baldwin Sod Farms, Inc. v. Corrigan</u>, 746 So. 2d 1198, 1202 (Fla. 4th DCA 1999); §34.01(4), Fla. Stat. (2022).